**Order entered December 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01449-CV

## IN RE JEFFREY ARTHUR LIPSCOMB, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04599-E**

## ORDER
Before Justices Francis, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus.


/s/     MOLLY FRANCIS
        JUSTICE